

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-10-00027-CR

## IN RE CALVIN VERNON

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.  Relator's Motion for Leave to File

Original Petition for Writ of Mandamus is dismissed as moot.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Petition denied
Opinion delivered and filed March 17, 2010
[OT06]